DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

GULF COAST AUTO BROKERS, INC.,

Appellant/Cross-Appellee,

v.

FULL SPECTRUM AUTO FINANCE, INC.,

Appellee/Cross-Appellant.

No. 2D23-927

———————————————

March 13, 2024

Appeal from the Circuit Court for Sarasota County; Stephen Walker, Judge.

Gregg M. Horowitz, Sarasota, for Appellant/Cross-Appellee.

Dana J. Watts of Ulrich, Scarlett, Watts & Dean, P.A., Sarasota, for Appellee/Cross-Appellant.


PER CURIAM.

    Affirmed.

CASANUEVA, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.